UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LINA RULO, Individually and as Personal Representative of the ESTATE OF RICHARD A. RULO, SR., deceased, </br></br>  Plaintiff, </br></br> v. </br></br> AUSTON C. TURNER, in his individual capacity and official capacity as Chief of Police of the Iron Mountain Lake Police Department, </br></br> JERMAINE SAILS, in his individual capacity, </br></br> DUSTIN P. STEINC, individually and in his official capacity as Mayor of the City of Iron Mountain Lake, Missouri, </br></br> CITY OF IRON MOUNTAIN LAKE, MISSOURI, </br></br>  Defendants. | Cause No. 4:19-cv-00318-JCH |

## STIPULATION FOR DISMISSAL

The above-titled action having been fully compromised and settled between the parties, it is STIPULATED that the same may be dismissed with prejudice, with each party to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| Groves | Powers, LLC | Hellmich, Hill & Retter, LLC |
| | |
| */s/ Linda C. Powers* | */s/ Blake D. Hill* |
| Linda C. Powers, #48797MO | Blake D. Hill, #58926MO |
| Steven L. Groves, #40837MO | Rachel Bates |
| One U.S. Bank Plaza | 1049 N. Clay Avenue |
| 505 North 7th Street, Suite 2010 | St. Louis, MO 63122 |
| St. Louis, Missouri 63101 | blake@helmichhillretter.com |
| t: 314.696.2300 | f: 314.696.2304 | rachel@hellmichhillretter.com |
| lpowers@grovespowers.com | **Attorneys for Defendants City of Iron** |
| sgroves@grovespowers.com | **Mountain Lake and Dustin Steinc** |
| **Attorneys for Plaintiff** | |

| | |
|---|---|
| Behr, McCarter & Potter, P.C. | Barklage, Brett & Hamill, P.C. |
| */s/ Timothy J. Reichardt* | */s/ Joel D. Brett* |
| Timothy J. Reichardt, #57684MO | Joel D. Brett, #33471MO |
| 7777 Bonhomme Avenue, Suite 1400 | 211 North Third Street |
| St. Louis, MO 63105 | St. Charles, MO 63301 |
| ***Attorneys for Defendant Auston Turner*** | ***Attorneys for Defendant Jermaine Sails*** |

Case: 4:19-cv-00318-JCH   Doc. #:  60   Filed: 09/08/20   Page: 2 of 2 PageID #: 1463